**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1710**

———————

INTER-WORLD DEVELOPMENT CORPORATION; INTERNA-
TIONAL INVESTIGATIONS, INCORPORATED; RICHARD
L. BAST,

                                        Plaintiffs - Appellants,

        versus

VICTOR MICHAEL GLASBERG; JEANNE GOLDBERG;
COHEN, DUNN & SINCLAIR, PC; J. FREDERICK
SINCLAIR; THOMAS J. CURCIO; ANTONIA LEIGH
PETTIT; CARTER & KRAMER, PC; CHARLES WARREN
KRAMER; JACOBOVITZ, ENGLISH & SMITH, PC; DAVID
BENJAMIN SMITH; BARBARA OZELLA REVES; CLAUDE
DAVID CONVISSER; WILLIAM G. BILLINGHAM; NANCY
GERTNER; PATRICIA GRIEST; JODY L. NEWMAN; JOHN
F. DAVIS; MARY AUDREY LARKIN; LOIS AMES;
ANTHONY JOSEPH PETTIT; MADDONA LEA SCHAMP
PETTIT; ANNE CONNELL; WILLIAM C. HILLMAN;
ROGER A. COX,

                                        Defendants - Appellees,

        and

DELMAR D. HARTLEY,

                                        Defendant,

STEPHEN A. ARMSTRONG,

                                        Party in Interest.

INTER-WORLD DEVELOPMENT CORPORATION; INTERNA-
TIONAL INVESTIGATIONS, INCORPORATED; RICHARD
L. BAST,

                                    Plaintiffs - Appellants,

          versus

VICTOR MICHAEL GLASBERG; JEANNE GOLDBERG;
COHEN, DUNN & SINCLAIR, PC; J. FREDERICK
SINCLAIR; THOMAS J. CURCIO; ANTONIA LEIGH
PETTIT; CARTER & KRAMER, PC; CHARLES WARREN
KRAMER; JACOBOVITZ, ENGLISH & SMITH, PC; DAVID
BENJAMIN SMITH; BARBARA OZELLA REVES; CLAUDE
DAVID CONVISSER; WILLIAM G. BILLINGHAM; NANCY
GERTNER; PATRICIA GRIEST; JODY L. NEWMAN; JOHN
F. DAVIS; MARY AUDREY LARKIN; LOIS AMES;
ANTHONY JOSEPH PETTIT; MADDONA LEA SCHAMP
PETTIT; ANNE CONNELL; WILLIAM C. HILLMAN;
ROGER A. COX,

                                    Defendants - Appellees,

          and

DELMAR D. HARTLEY,

                                    Defendant,

STEPHEN A. ARMSTRONG,

                                    Party in Interest.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-95-531-A)

Submitted: March 30, 1999                    Decided: April 23, 1999

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

No. 98-1710 dismissed and No. 98-1955 affirmed by unpublished per curiam opinion.

Richard L. Bast, Appellant Pro Se. Victor Michael Glasberg, VICTOR M. GLASBERG & ASSOCIATES, Alexandria, Virginia; Frank Willard Dunham, Jr., COHEN, GETTINGS & DUNHAM, Arlington, Virginia; Barbara Ozella Reves, Alexandria, Virginia; John Otto Easton, JORDAN, COYNE & SAVITS, Fairfax, Virginia; Patricia Griest, Beavercreek, Ohio; Steven Robert Becker, VORYS, SATER, SEYMOUR & PEASE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals Appellants appeal the district court's denial of a Fed. R. Civ. P. 59(e) motion and a corresponding motion for reconsideration,[1] and the denial of a motion for appointment of counsel.[2] We affirm in part, and dismiss in part.

Addressing first appeal No. 98-1710, we find that Appellants lack standing to appeal from this order, and accordingly we dismiss for lack of jurisdiction. Addressing appeal No. 98-1955, we find no abuse of discretion in the district court's denial of Appellants' motion for appointment of counsel, see Whisenaut v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984), and accordingly we affirm. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 98-1710 - DISMISSED

No. 98-1955 - AFFIRMED

----

[1] Appeal No. 98-1710.

[2] Appeal No. 98-1955.

4